IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-15-50081-PHX-MHB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Efren Trujillo-Soriano, | ) | |
| Defendant. | ) | |

On July 7, 2015, Magistrate Judge Bade issued "Findings and Recommendation of the Magistrate Judge Upon Admission." Magistrate Judge Bade recommended that the undersigned Magistrate Judge accept the Defendant's admission. No objections made on the record, and pursuant to 28 U.S.C. §636(b)(1), the Court accepts the Recommendation of Magistrate Judge Bade.

Accordingly,

IT IS ORDERED accepting the Defendant's admission.

DATED this 7th day of August, 2015.

Michelle H. Burns
United States Magistrate Judge